UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRIME, JUSTICE & AMERICA, INC., a California corporation; and RAY HRDLICKA, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>FRANK T. ROGERS, individually and in his official capacity as Sheriff of Okanogan County, Washington; NOAH STEWART, individually and in his official capacity as Manager of the Okanogan County, Washington Corrections Center; DOES 1-20, in their individual and official capacities, OKANOGAN COUNTY; and OKANGOAN COUNTY SHERIFF'S OFFICE,<br><br>　　　　　　　　　Defendants. | NO:　　CV-12-115-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE |

BEFORE the Court is the parties' Stipulated Motion to Dismiss with

Prejudice, ECF No. 15. Having reviewed said motion and the file and pleadings

ORDER GRANTING STIPULATED MOTION TO DISMISS WITH
PREJUDICE ~ 1

therein, the Court finds good cause to grant the motion. Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 15**, is **GRANTED**. Plaintiffs' Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is hereby directed to enter this Order, furnish copies to counsel, and **close** this case.

**DATED** this 18th day of July 2012.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        Chief United States District Court Judge